## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

DORIS ROBBINS,        §
       §
       **Plaintiff,**        §
       §
vs.        §    Civil Action No. 1:06-CV-033-C
       §    ECF
       §
MICHAEL J. ASTRUE[1],        §
Commissioner of Social Security,        §
       §
       **Defendant.**        §

## ORDER

     **THIS MATTER** comes before the court on the Report and Recommendation filed August 27, 2007 (Doc. 41). No written objections have been filed.

     **IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

     Upon remand the ALJ should more clearly explain his reasons for his evaluation of Plaintiff's mental impairment, including his severity determination; his RFC assessment and the limitations, if any, imposed by such impairment; and the weight given to the opinions of the treating and examining physicians.

     Dated September 12, 2007.

                             _____
                             SAM R. CUMMINGS
                             UNITED STATES DISTRICT COURT

---

     [1]      Michael J. Astrue has been appointed as the new Commissioner of Social Security, effective February 12, 2007, and is therefore substituted as Defendant in this matter for Jo Anne B. Barnhart, per FED. R. CIV. P. 25(d)(1).